**IT IS ORDERED as set forth below:**

**Date: April 12, 2013**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 13 |
| ABRAHAM OLUGBENGA ESEKU, | * | |
| and OLUBUKOLA OLUREMI ESEKU, | * | |
| | * | CASE NO.: 10-81048-BEM |
| Debtors, | * | |
| _____ | * | |
| GEORGIA LOTTERY CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Adv. No. 12-05646 |
| OLUBUKOLA OLUREMI ESEKU, | * | |
| | * | |
| Defendant. | * | |

### FINAL CONSENT ORDER AND JUDGMENT

The Plaintiff filed this Adversary Proceeding seeking a determination regarding the dischargeability of Defendant's obligation to the Georgia Lottery Corporation. The parties have discussed the adversary proceeding and reached an agreement as to its resolution in its entirety; IT IS HEREBY ORDERED as follows:

The obligation owed by Defendant to Plaintiff is nondischargeable. Judgment is hereby entered in favor of the Plaintiff for the total amount of $124,004.19, representing the principal obligation demanded in the complaint of $123,710.52, plus court costs of $293.67. A writ of execution shall issue in this case for the amount of the judgment, which will be recorded immediately by the Plaintiff.

Plaintiff shall be entitled to take further collection activities against Defendant for collection of the full amount of the judgment at either the discharge or dismissal of the Defendant's Chapter 13 case. As provided herein, this Adversary Proceeding is concluded in its entirety.

[END OF DOCUMENT]

Consented to by:

/s/ Carrie Oxendine (by ASE w/ express permission)
Carrie Oxendine, Esq.
Berry & Associates
Suite 400, 2751 Buford Highway
Atlanta, Georgia 30324
(404)235-3316
Ga. Bar No. 141478
Attorney for Defendant

/s/ Audrey Seidle Eshman
Audrey Seidle Eshman
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 651-9457
Ga. Bar No. 861119
Attorney for Georgia Lottery Corporation

/s/_Sonya M. Buckley (by ASE w/ express permission)
Sonya M. Buckley, Esq.
Mary Ida Townson, Chapter 13 Trustee
Suite 2200, 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
Ga. Bar No. 140987
Attorney for the Chapter 13 Trustee

2

Distribution List

**Defendant's Attorney**
Carrie Oxendine, Esq.
Berry & Associates
Suite 400, 2751 Buford Highway
Atlanta, Georgia 30324

**Plaintiff's Attorney**
Audrey Seidle Eshman
40 Capitol Square, SW
Atlanta, Georgia 30334

**Debtor**
Olubukola Oluremi Eseku
3224 Diamond Bluff
Union City, Georgia 30291

**Trustee**
Mary Ida Townson, Esq.
Chapter 13 Trustee
Suite 2200, 191 Peachtree Street, N.E.
Atlanta, Georgia 30303